STATE OF SOUTH DAKOTA, Respondent v. NICHOLS Appellant

(96 N.W.2d 307)

(File No. 9768. Opinion filed May 6, 1959)

**Frank E. Henderson,** Rapid City, for Defendant-Appellant.

**James H. Wilson,** State's Atty., Pennington County, Rapid City, **Phil Saunders,** Atty. Gen., for Plaintiff-Respondent.

PER CURIAM. The record in the above entitled matter not having been settled within the time provided by SDC 33.0741, as amended by rule of this Court dated October 1, 1953 said appeal is deemed abandoned.

The appeal is accordingly dismissed and judgment affirmed.